1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOE VALADEZ | Case No. CV09 09076 VBF (Ex) |
|---|---|
| Plaintiff, | **Hon. Valerie Baker Fairbank** |
| v. | [~~PROPOSED~~] **PROTECTIVE ORDER RE PRODUCTION OF CONFIDENTIAL INFORMATION** |
| SCHERING PLOUGH CORPORATION, RAFI VARTANIAN, PAM EUBANKS, KIM CONSTANTINE, and DOES 1-10, inclusive, | |
| Defendants. | Complaint Filed: October 7, 2009 |

[PROPOSED] PROTECTIVE ORDER RE PRODUCTION OF
CONFIDENTIAL INFORMATION

12588797v.1

|    |    |
|----|----|
| 1  | **ORDER** |
| 2  | GOOD CAUSE APPEARING, the Stipulation Regarding the Production of |
| 3  | Confidential Information, previously filed in this case, is hereby entered as the |
| 4  | Order of this Court. |
| 5  |    |
| 6  | IT IS SO ORDERED. |
| 7  |    |
| 8  | Dated: 8/5/10 |
| 9  | The Hon. ~~Valerie Baker Fairbank~~ |
| 10 | ~~United States District Judge~~ |
|    | Charles F. Eick |
|    | United States Magistrate Judge |

-1-
[PROPOSED] PROTECTIVE ORDER RE PRODUCTION OF
CONFIDENTIAL INFORMATION

12588797v.1