JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE VALADEZ | Case No. CV09 09076 VBF (Ex) |
| Plaintiff, | **Hon. Valerie Baker Fairbank** |
| v. | |
| SCHERING PLOUGH CORPORATION, RAFI VARTANIAN, PAM EUBANKS, KIM CONSTANTINE, and DOES 1-10, inclusive, | [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE |
| Defendants. | |

**ORDER**

Based upon the foregoing Joint Stipulation to Dismiss Case with Prejudice, of the parties and for good cause shown, the Joint Stipulation to Dismiss Case with Prejudice is hereby granted.  Each side is to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  March 11, 2011

*Valerie Baker Fairbank*
Hon. Valerie Baker Fairbank
United States District Court Judge